Henry Gill
    Plaintiff

vs.

I.D.O.C John Baldwin
Wexford Health Corp.
Justin Hammers
Phelps
Jones
Bartlett
Jane Doe
    Defendant(s)

Case No.

## Complaint

Claims are being brought under 42 U.S.C §1983 (against state, county, or municipal defendants) or in a "Bivens" action against federal defendants.

1. Federal Jurisdiction

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Henry Gill

Prison Identification Number: K78112

Current address: 1300 West Locust Canton, IL 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Justin Hammers

Current Job Title: Chief Administrative Officer

Current Work Address: 1300 West Locust Canton, IL 61520

Defendant #2:

Full Name: Phelps

Current Job Title: Lieutenant

Current Work Address: 1300 West Locust Canton, IL 61520

Defendant #3:

Full Name: Jones

Current Job Title: Officer

Current Work Address 1300 West Locust Canton, IL 61520

Defendant #4:

Full Name: Bartlett

Current Job Title: Nurse

Current Work Address 1300 West Locust Canton, IL 61520

Defendant #5:

Full Name: Jane Doe

Current Job Title: Nurse

Current Work Address 1300 West Locust Canton, IL 61520

For additional defendants, provide the information in the same format as above on a separate page.

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

# Additional Defendant(s)

**Defendants #6:**
Full Name: John Baldwin
Current Job Title: Director
Current Work Address: 1301 Concordia Ct.
Springfield, FL 62794

**Defendants #7:**
Full Name: ~~Ma~~ex Ford Health Corperation
Current Job Title: Health Care Provider
Current Work Address: 425 Holiday Dr.
Pittsburgh, PA 15220

1. Name of Case, Court and Docket Number _____
_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

4

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the 12th of Nov. 2018 I, Henry Gill was under crisis 15 minute watch at the Illinois River Correctional Center during the 3 pm to 11 pm shift. Officer Jones during his shift opened the chuckhole, & sat a chair directly infront & just continually stared at me through the chuckhole in a manner that grew to become mocking & made me so uncomfortable that this triggered my anxiety. When I spoke to officer Jones & ask that he stop staring that at me so & to close the chuckhole, but he denied to do so, & continued his constant torment. After my plea to officer Jones to keep the chuckhole close I began to close it myself & officer Jones would re-open it, & after this many back & forth I rested my hand on the chuckhole & spoke to officer Jones about how his constant starring at me is triggering

(4)

Revised 9/2007

my anxiety & working me up. This is when Officer Jones slammed the chuckhole close while my hand was resting there. After my hand was released from the chuckhole it throbbed in pain. I asked Officer Jones emergency medical care; he denied my request. After approx. 30 minutes I again brought to Officer Jones attention my need for medical attention; showed him how swollen up my hand had become. But no matter my plea for medical care he denied me. I then sat in agony the remainder of the night unable to sleep.

On the morning of the 13th of Nov. 2018 I met with Lieutenant Phelps & Mental Health staff Ms. Frazier who I showed my swollen hand, & they called Health Care for a nurse. When Nurse Bartlett arrived she stood across the table & looked at my hand as it rested on the table. After she stated how swollen my hand was Ms. Bartlett prescribed Ibuprofen. Upon my release from crisis watch I was housed in R1 cellhouse where I submitted to be placed on that cellhouse sick call-list because I was still suffering a great deal of pain.

On the 15th or 16th of Nov. 2018 I was seen

by Nurse Jane Doe, who also only looked at my hand & then provided me another continued Ibuprofen for the pain, ; although I'd explained how my injuries occured Nurse Jane Doe relayed that she could not refer me to see the Nurse Practitioner or Doctor until Sick Call has seen inmates three times, & charge inmates three times for the same medical issues. ; When I argued my need for x-rays & further medical care Ms. Jane Doe stated this is orders that Wexford Health Coperation has set in place for them to enforce. I Henry Gill filled my Grievance dated 11/14/18, & because of my filing of this Grievance, Lt Phelps then wrote a false report (Incident Report) that does not pocess warden seal ; in this incident Report Lt Phelps stated that I "shut the chuckhole on himself when the injury occured." Lt Phelps took his Report to Chief Administrative Officer Hammers who signed off on this purjured document. Mental Health staff Ms Frazier had also filled-out her incident Report as I've detailed how my injuries occured ; this is signed off by Chief Administrative officer on the 15th of Nov. 2018. Chief Administrative officer Hammers participated in the fraud that Lt

Lt. Phelps concocted to cover-up the actions of his officer, & to show that he responded to claims as he was suppose to.

RELIEF REQUESTED

(State what relief you want from the court.)

Compensary Damages:
Nominal Damages:

Sued in their individual capacity:
Sued in their official capacity:

JURY DEMAND       Yes [X]   No [ ]

Signed this __25th__ day of __April__, 20__19__.

_Henry Gill_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Henry Gill | K78112 |
| Address: P.O. Box 999, Canton, IL. 61520 | Telephone Number: |

8